PROB 12C
(6/16)

Report Date: August 26, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2026

SEAN F. MCAVOY, CLERK

ECF No. 54

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Franklin Glenn Lambert — Case Number: 0980 2:24CR00107-RLP-1

Address of Offender: [redacted], Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: May 5, 2025

Original Offense: Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a)

Original Sentence: Prison - 18 months
TSR - 60 months

Type of Supervision: Supervised Release

Asst. U.S. Attorney: Michael Louis Vander Giessen

Date Supervision Commenced: November 28, 2025

Defense Attorney: Federal Public Defender

Date Supervision Expires: November 27, 2030

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on August 12, 2026.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #6:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** The offender is alleged to have violated special condition number 6, by ingesting a controlled substance, fentanyl, on or about August 10, 2026.<br><br>On August 10, 2026, the offender submitted a urine specimen at the U.S. Probation Office that returned presumptive positive for fentanyl. He signed a denial form indicating he had not used said substance. The urine specimen was thereafter sent to Abbott Laboratories and it was confirmed positive for fentanyl. |
| 7 | **Standard Condition # 4**: You must be truthful when responding to the questions asked by the probation officer.<br><br>**Supporting Evidence**: The offender is alleged to have violated standard condition number 4, by being untruthful with the probation officer when questioned about his drug use on or about August 12, 2026. |

On August 12, 2026, this officer questioned the offender regarding his urine specimen that returned presumptive positive for fentanyl on August 10, 2026. At that time, he denied use of fentanyl and signed a denial form indicating such.

As noted in alleged violation number 6, the above-referenced urine specimen was confirmed positive for fentanyl. Therefore, the offender was untruthful with the probation officer regarding his drug use.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 26, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

August 26, 2026

Date