PROB 12C
(6/16)

Report Date: August 12, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2026

SEAN F. MCAVOY, CLERK

ECF No. 50

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Franklin Glenn Lambert | | Case Number: 0980 2:24CR00107-RLP-1 |
| Address of Offender: [redacted], Washington 99201 | | |
| Name of Sentencing Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge | | |
| Date of Original Sentence: May 5, 2025 | | |
| Original Offense: | Failure to Register as a Sex Offender, 18 U.S.C. § 2250(a) | |
| Original Sentence: | Prison - 18 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Robert Michael Seines | Date Supervision Commenced: November 28, 2025 |
| Defense Attorney: | Michael Louis Vander Giessen | Date Supervision Expires: November 27, 2030 |

## PETITIONING THE COURT

To issue a summons.

On December 1, 2025, the offender's conditions of supervised release were reviewed by the probation officer and he signed said conditions acknowledging he understood his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence:** The offender is alleged to have violated special condition number 6, by failing to report for urinalysis testing at Pioneer Human Services (PHS) on August 7, 2026.<br><br>The probation officer received email correspondence from PHS indicating the offender failed to report for urinalysis testing on August 7, 2026. |
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offense of Possession of a Controlled Substance, in violation of R.C.W. 69.50.4013.1A, on or about August 9, 2026. |

On August 9, 2026, Mr. Lambert was cited for possession of a controlled substance, Spokane Municipal Court case number T00686079. He is scheduled to appear in Spokane Municipal Court for his arraignment on August 19, 2026.

According to a Spokane Police Department incident report, on August 9, 2026, a complainant called law enforcement to advise there was suspected drug activity in the parking lot of a motel. Upon arrival, law enforcement observed two males engaged in what appeared to be a drug deal. Both individuals were detained and Mr. Lambert was identified as the individual purchasing drugs. When questioned by law enforcement, the offender admitted he purchased methamphetamine and fentanyl. Law enforcement located the drugs on his person and they were seized for evidence. The incident was also captured on drone video. Mr. Lambert was not taken into custody, but was issued a summons requiring him to appear in Spokane Municipal Court on August 19, 2026.

3 **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 2, by possessing controlled substances, methamphetamine and fentanyl, on or about August 9, 2026.

As noted in alleged violation number 1, on August 9, 2026, the offender was found in possession of methamphetamine and fentanyl.

4 **Standard Condition #8**: You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone who has been convicted of a felony, you must not knowingly interact with that person without first getting permission from the probation officer.

**Supporting Evidence:** The offender is alleged to have violated standard condition number 8, by interacting with an individual who had been convicted of a felony and who was engaged in criminal activity on or about August 9, 2026.

As noted in violation number 1, the offender was cited for possession of a controlled substance on August 9, 2026. According to a Spokane Police Department incident report, the individual the offender purchased the controlled substances from was a convicted felon, and Mr. Lambert did not have permission from the probation officer to associate with that individual. Further, the offender is in violation of his conditions of supervision for interacting with said individual who was engaged in criminal activity.

5 **Special Condition # 6:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** The offender is alleged to have violated special condition number 6, by ingesting a controlled substance, methamphetamine, on or about August 10, 2026.

On August 10, 2026, the offender submitted a urine specimen at the U.S. Probation Office that was presumptive positive for methamphetamine and fentanyl. At that time, he signed an admission form acknowledging use of methamphetamine, but he denied fentanyl use. The confirmation result for fentanyl is currently pending.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 12, 2026

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[x ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ x] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

August 12, 2026

Date